UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORA MERCED, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 10-10137-JLT |
| | * | |
| SOCIAL SECURITY ADMINISTRATION, | * | |
| | * | |
| | * | |
| Defendant. | * | |

ORDER

December 13, 2010

TAURO, J.

This court ACCEPTS and ADOPTS the October 29, 2010 Report and Recommendation [#22] of Chief Magistrate Judge Dein. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant's Motion to Dismiss Plaintiff's Complaint [#10] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
    United States District Judge